**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TONY E. EMERY, | |
|       Plaintiff, | Civil Action No. 19-3525 (JMC) |
| v. | |
| UNITED STATES DEPARTMENT OF JUSTICE & FEDERAL BUREAU OF INVESTIGATION, | |
|       Defendants. | |

**ORDER**

      For the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that Defendants' Motion for Summary Judgment, ECF 21, is **GRANTED** and the case is **DISMISSED**.

      It is further **ORDERED** that Plaintiff's Motion to Assess Court Costs to respondents, ECF 20, is **DENIED**.

      The Clerk of Court shall terminate this case.

      This is a final appealable order.

      **SO ORDERED**.

      DATE: October 31, 2022

_____
Jia M. Cobb
U.S. District Court Judge
